AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Central District of California

| | |
|---|---|
| OLIVER CHAINE, an Individual<br><br>*Plaintiff(s)*<br><br>v.<br><br>TESLA ENERGY OPERATIONS, INC, a business entity, form unknown; EQUIFAX INFORMATION SERVICES LLC, is a business entity, form unknown, and DOES 1-10, Inclusive,<br><br>*Defendant(s)* | Civil Action No.   2:20-cv-09082 JFW (GJSx) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   TESLA ENERGY OPERATIONS, INC
c/o C T Corporation System
818 W. 7th Street STE 930
Los Angeles, CA 90017

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or  motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Robert F. Brennan, Esq. (S.B.# 132449)
LAW OFFICES OF ROBERT F. BRENNAN, A P.C.
2103 Montrose Avenue, Suite D
Montrose, California 91020

If you fail to respond, a judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   10/6/2020

*Signature of Clerk or Deputy Clerk*